**In re Petition of Rose E. HERETH.**

**No. DB 334.**

Supreme Court of Rhode Island.
July 17, 1986.

ORDER

These matters came before the court on the petition of complainant Rose E. Hereth to review the action of the Disciplinary Board dismissing her complaint against several respondent-attorneys.

After carefully examining the Chief Disciplinary Counsel's files herein, we conclude that there is no reason to disturb the Board's decisions.

Accordingly, the complainant's petition that the matters be reviewed, as prayed, is denied.

MURRAY, J., did not participate.

**Steven M. MURRAY**

v.

**Geraldine E. MURRAY.**

**No. 85–447–A.**

Supreme Court of Rhode Island.
July 17, 1986.

ORDER

The plaintiff's motion to withdraw his stipulation and thereby to reinstate his appeal, as prayed, is denied.

MURRAY, J., did not participate.

**R.I. DEPT. OF MENTAL HEALTH RETARDATION AND HOSPITALS**

v.

**John DOE.**

**No. 86–302–M.P.**

Supreme Court of Rhode Island.
July 17, 1986.

ORDER

The petition for writ of certiorari is granted. The judgment of the District Court is stayed until further order of this court.

MURRAY, J., did not participate.